IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Sosa, et al., | No. CV-14-02280-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Mountain View Landscape, Inc., et al., | |
| Defendants. | |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's March 25, 2015 Order (Doc. 16),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 6th day of April, 2015.

Honorable Steven P. Logan
United States District Judge